```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JUAN A. PALAU,

                      Plaintiff,

           -against-

TMC TRANSPORTATION INC. AND
CARLOS E. ANAYA,

                    Defendants.
-------------------------------------------------------------- X

20-cv-3242 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 18, 2020, Plaintiff moved to remand this action to state court, Dkt. 9;

    WHEREAS Defendants have failed to file a response, which was due by June 1, 2020, *see* Local Civ. R. 6.1;

    IT IS HEREBY ORDERED that Defendants must either consent to the remand or file a response by **June 12, 2020**. If no response is received by June 12, 2020, the Court may grant the motion to remand as unopposed.

**SO ORDERED.**

Date:  June 5, 2020
         New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**