UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JUAN A. PALAU,

                                Plaintiff,

           -against-

TMC TRANSPORTATION INC. AND
CARLOS E. ANAYA,

                              Defendants.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2020
```

20-cv-3242 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS an initial conference is currently scheduled for June 19, 2020;

WHEREAS Plaintiff's motion to remand is pending;

IT IS HEREBY ORDERED that the initial conference is adjourned pending resolution of the motion to remand.

**SO ORDERED.**

Date:  June 18, 2020
         New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**