UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN A. PALAU,

                Plaintiff,

    -v-

TMC TRANSPORTATION INC. and CARLOS E. ANAYA,

                Defendants.

---

20-CV-3242 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On February 5, 2021, the Court ordered that the parties file a joint status letter updating the Court on the status of mediation by April 7, 2021. The parties failed to do so, but the Court has been informed that mediation failed to resolve any issue in the case.

Discovery closed on March 31, 2021. By May 12, 2021, the parties shall file a joint letter updating the Court on the status of this case and indicating whether any party anticipates filing any post-discovery motions. If neither party anticipates filing such any motions, the Court will set a trial date and a schedule for pretrial filings.

SO ORDERED.

Dated: May 7, 2021
      New York, New York

                                                JOHN P. CRONAN
                                            United States District Judge