```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN A. PALAU,

                                        Plaintiff,

    -against-

TMC TRANSPORTATION INC. and CARLOS E. ANAYA,

                                        Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

20-CV-3242 (JPC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for settlement purposes (docket no. 36). A telephone conference will be held on **Thursday, May 19, 2022, at 10:30 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

    SO ORDERED.

Dated: April 28, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge