```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN A. PALAU,

                      Plaintiff,

  -against-

TMC TRANSPORTATION INC. and CARLOS E. ANAYA,

                      Defendants.
-----------------------------------------------------------------X

**ORDER RESCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

20-CV-3242 (JPC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 74).  The telephone conference scheduled on Thursday, June 30, 2022, at 12:30 p.m. in advance of a settlement conference is hereby rescheduled to **Wednesday, June 29, 2022 at 10:00 a.m.**  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: June 27, 2022
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge